UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO.: 2:20-cv-14060 - RLR
Judge Robin L. Rosenberg

CATHERINE CAPONAS and DAVID CAPONAS,
individually and as parents and natural
guardians of D.C., a minor,
    Plaintiffs,

vs.

UNITED STATES OF AMERICA,
    Defendant.
_____/

## JOINT STIPULATION FOR DISMISSAL

Plaintiffs, CATHERINE CAPONAS and DAVID CAPONAS, individually and as parents and natural guardians of D.C., a minor, and Defendant, UNITED STATES OF AMERICA, by and through their respective counsel, hereby stipulate and agree to voluntarily dismiss this case with prejudice as to Defendant, UNITED STATES OF AMERICA only,[1] with each party to bear their own attorney's fees and costs in connection with this litigation.

Dated: October 1, 2021.

Respectfully submitted,
By: /s/ Alfred R. Bell, Jr.
Alfred R. Bell, Jr., Esquire
abell@injurylawyers.com
STEINGER, GREENE & FEINER
507 NW Lake Whitney Place
Port St. Lucie, FL 34986
Telephone: (772) 621-9934
Facsimile: (772) 621-9954
Attorneys for Plaintiffs

---

[1] There is a related case pending in the 15th Judicial Circuit in and for Palm Beach County, Florida and may be agreement(s) to toll the statute of limitations involving other parties in place that should not be effected by the dismissal of claims against the UNITED STATES OF AMERICA.

CATHERINE CAPONAS and DAVID CAPONAS, individually and as parents and natuaral guardians of D.C., a minor v. UNITED STATES OF AMERICA
Stipulation for Voluntary Dismissal with Prejudice & Order thereon
Case No. 2:20-cv-14060 - RLR
Page 2/4

and

By: */s/ Lawrence N. Rosen*
Lawrence N. Rosen, Esquire
E-mail: Larry.Rosen@usdoj.gov
United States Attorneys Office, Southern District of Florida
99 NE 4th Street, Suite 300
Miami, FL 33132
Telephone:(305) 961-9001
Facsimile:(305) 530-7679
*Attorney for Defendant United States of America*

CATHERINE CAPONAS and DAVID CAPONAS, individually and as parents and natuaral guardians of D.C., a minor v. UNITED STATES OF AMERICA
Stipulation for Voluntary Dismissal with Prejudice & Order thereon
Case No. 2:20-cv-14060 - RLR
Page 3/4

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 1st day of October 2021, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record on the following Service List in the manner specified.

By: /s/ Alfred R. Bell, Jr.
    Alfred R. Bell, Jr., Esquire

CATHERINE CAPONAS and DAVID CAPONAS, individually and as parents and natuaral guardians of D.C., a minor v. UNITED STATES OF AMERICA
Stipulation for Voluntary Dismissal with Prejudice & Order thereon
Case No. 2:20-cv-14060 - RLR
Page 4/4

## SERVICE LIST

CATHERINE CAPONAS and DAVID CAPONAS, individually and as parents and
natural guardians of D.C., a minor v. UNITED STATES OF AMERICA
CASE NO. 2:20-cv-04060 - RLR
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Alfred R. Bell, Jr., Esquire
Email: abell@injurylawyers.com
STEINGER, GREENE & FEINER
507 NW Lake Whitney Place
Port St. Lucie, FL 34986
Telephone: (772) 621-9934
Facsimile: (772) 621-9954
*Attorney for* Plaintiffs Caponas
**via Notices of Electronic Filing generated by CM/ECF**

Lawrence N. Rosen
E-mail: Larry.Rosen@usdoj.gov
United States Attorneys Office, Southern District of Florida
99 NE 4th Street, Suite 300
Miami, FL 33132
Telephone:(305) 961-9001
Facsimile:(305) 530-7679
*Attorney for Defendant United States of America*
**via Notices of Electronic Filing generated by CM/ECF**